IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COREY MCCULLON
and KERRY KENDRED, JR.                                              PLAINTIFF

v.                    CASE NO. 3:13CV00271 BSM

BECKY HITT et al.                                                   DEFENDANTS


COREY MCCULLON                                                      PLAINTIFF

                      CASE NO. 3:14CV00001 KGB
v.

BECKY HITT et al.                                                   DEFENDANTS

## ORDER OF CONSOLIDATION

    Plaintiffs Corey McCullon and Kerry Kendred Jr., inmates at the Poinsett County Detention Center, filed this lawsuit *pro se* under 42 U.S.C. § 1983. [Doc. No.1]. McCullon then filed another *pro se* complaint in the Western District of Arkansas, which has been transferred to this court as case number 3:14CV00001.

    Having reviewed the allegations in these two cases, it is determined that consolidation is appropriate under Fed. R. Civ. P. 42(a). In accordance with the practice in the Eastern District of Arkansas, the first-filed case, *McCullon v. Hitt*, 3:13CV271, is designated as the lead case. All pleadings should be filed in that case.

    IT IS SO ORDERED this 16th day of January 2014.


                                                                                                    UNITED STATES DISTRICT JUDGE