IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COREY McCULLON**
**and KERRY KENDRED, JR.** **PLAINTIFFS**

V. **CASE NO. 3:13-CV-000271-BSM/BD**

**BECKY HITT, et al.** **DEFENDANTS**

## ORDER

The Court having consolidated Mr. McCullon's two lawsuits into this case, the Clerk is directed to close Case No. 3:14cv00001. All pleadings should be filed in this case.

DATED this 22nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE