IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COREY MCCULLON** **PLAINTIFFS**
**AND KERRY KENDRED**

v.  CASE NO. 3:13CV00271 BSM

**BECKY HITT et al.** **DEFENDANTS**

## ORDER

On December 17, 2013, Corey McCullon and Kerry Kendred, inmates at the Poinsett County Detention Center, were directed to file an application for leave to proceed *in forma pauperis* or pay the statutory filing fee within thirty days. [Doc. No. 4]. They were also warned that failure to comply might result in dismissal.

Although McCullon has complied, Kendred has not and the time for doing so has now passed. As a result, Kendred's claim are dismissed without prejudice for failure to prosecute and the clerk of the court is instructed to terminate him as a party plaintiff.

IT IS SO ORDERED this 27th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE