IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COREY MCCULLON                                                                                   PLAINTIFF

V.                           CASE NO. 3:13-CV-00271-BSM/BD

BECKY HITT, et al.                                                                               DEFENDANTS

## ORDER

Mr. McCullon filed this lawsuit pro se while he was an inmate at the Poinsett County Detention Center ("Detention Center"). (Docket entry #1) It appears that Mr. McCullon may no longer be incarcerated at the Detention Center, as evidenced by mail returned to the Court as "unable to forward." (#16, #17) Mr. McCullon is ordered to file, within 21 days from the date of this Order, a status report stating whether he wishes to proceed with this action. He must also notify the Court of his current mailing address, in compliance with Local Rule 5.5(c)(2).

Further, if Mr. McCullon has been released from prison, he must file, within 21 days, an updated application for leave to proceed *in forma pauperis*, which the Clerk of Court will provide to Mr. McCullon, along with a copy of this Order. If Mr. McCullon fails to comply with this Order, his claims may be dismissed under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 11th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE