IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COREY MCCULLON**                                                                **PLAINTIFF**

V.                  **CASE NO. 3:13-CV-00271-BSM/BD**

**BECKY HITT, et al.**                                                      **DEFENDANTS**

## ORDER

Plaintiff Corey McCullon was ordered to provide his current mailing address and to file a status report by April 1, 2014, indicating whether he would proceed with this lawsuit. [Doc. No. 19]. McCullon has failed to comply although he was notified that his claims could be dismissed if he failed to comply. Consequently, McCullon's complaint is dismissed, without prejudice, based on his failure to prosecute.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 29th day of April 2014.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE