IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COREY MCCULLON**                                                                                           **PLAINTIFF**

v.                         **CASE NO. 3:13CV00271 BSM**

**BECKY HITT et al.**                                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 29th day of April 2014.

_____
UNITED STATES DISTRICT JUDGE